No. 87–216. CITY OF FONTANA ET AL. *v.* SMITH, ADMINISTRATRIX OF THE ESTATE OF SMITH, ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 87–370. FAULKNER ET AL. *v.* MERIWETHER. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 87–485. MASSACHUSETTS *v.* REPOZA. Sup. Jud. Ct. Mass. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 87–5172. MATTHEWS *v.* PIERCE, SECRETARY OF HOUSING AND URBAN DEVELOPMENT. C. A. 3d Cir. Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.